348 F.2d 918
 GEHRLEIN TIRE COMPANY, a Corporation, Anthony J. Gehrlein, an Individual, Richard V. Gehrlein, an Individual, Robert T. Dolan, an Individual, and Michael Pillitteri, an Individual
v.
AMERICAN EMPLOYERS INSURANCE COMPANY, a Corporation, Appellant.
 No. 15192.
 United States Court of Appeals Third Circuit.
 Argued June 10, 1965.
 Decided June 28, 1965.
 
 Appeal from the United States District Court for the Western District of Pennsylvania; Joseph P. Willson, Judge.
 Thomas E. Doyle, Erie, Pa., for appellant.
 William W. Knox, Knox, Pearson & McLaughlin, Erie, Pa. (William E. Pfadt, Blass & Pfadt, Erie, Pa., on the brief), for appellees.
 Before KALODNER, HASTIE and SMITH, Circuit Judges.
 PER CURIAM.
 
 
 1
 On review of the record we find no error.
 
 
 2
 The Order for Judgment of the District Court entered November 25, 1964, will be affirmed for the reasons so well-stated by Judge Willson in his Memorandum and Order dated November 6, 1964, 243 F.Supp. 577.